# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 04-2025

_____

Michael F. Jackson,

        Appellant,

    v.

City of Sikeston Police Department,

        Appellee.

\*
\*
\*
\*
\*   Appeal from the United States
\*   District Court for the
\*   Eastern District of Missouri.
\*      [Unpublished]
\*

_____

Submitted: November 26, 2004
Filed: November 30, 2004

_____

Before MURPHY, FAGG, and SMITH, Circuit Judges.

_____

PER CURIAM.

Michael F. Jackson appeals the district court's[1] dismissal of his 42 U.S.C. § 1983 action, the denial of his motion to amend to add other defendants, and the denial of his motion for reconsideration. Having carefully reviewed the record, we agree with the district court that the instant complaint is time-barred, and we also find that the district court did not abuse its discretion in denying leave to amend because the claims against the additional defendants would have been time-barred as well. See Searcy v. Donelson, 204 F.3d 797, 799 (8th Cir.) (statute of limitations for § 1983

_____

[1]The Honorable Rodney W. Sippel, United States District Judge for the Eastern District of Missouri.

action is same as for personal-injury action in state where action accrued), <u>cert. denied</u>, 531 U.S. 898 (2000); Mo. Rev. Stat. § 516.120(4) (2000) (statute of limitations for personal injury action is 5 years). We also conclude that the district court did not abuse its discretion in denying Jackson's motion for reconsideration. Accordingly, we affirm, and we also deny Jackson's pending motion for judgment and costs. <u>See</u> 8th Cir. R. 47B.

_____